**DISMISS; Opinion Filed February 28, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01505-CV

## IN THE INTEREST OF B.C.S AND A.M.C., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-11503**

### OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated November 7, 2012, the Court informed appellant that the required $175 filing fee was past due. We instructed appellant to pay the fee within ten days of the date of the letter and cautioned him that failure to do so would result in dismissal of his appeal without further notice. *See* TEX. R. APP. P. 42.3(b).

As of today's date, appellant has not paid the filing fee. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121505F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.C.S AND
A.M.C., CHILDREN

No. 05-12-01505-CV

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-12-11503.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Alicia Marie Lucas, recover her costs of the appeal from appellant, Brandon Cooper.

Judgment entered February 28, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE